

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0548

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0548

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

WILLIAM JOHN HENRY,

    Defendant and Appellant.

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The parties to this appeal have filed a stipulation and motion to dismiss the appeal with prejudice. The State of Montana concedes under the particular facts presented in this record that Henry's Amended Judgment entered on September 17, 2020, incorrectly states that Henry was guilty of violating § 45-5-203, MCA. The Amended Judgment should say instead that Henry was guilty of violating § 45-5-503, MCA. The parties stipulate that the case should be remanded to the District Court with instructions to modify the Amended Judgment to accurately state that Henry was guilty of violating § 45-5-503, MCA. Based upon this stipulation, Henry has agreed to dismiss the remainder of his appeal with prejudice. Good cause appearing,

IT IS ORDERED that this matter is remanded to the Third Judicial District Court with instructions to modify the September 17, 2020 Amended Judgment in Powell County Cause No. DC-05-02 to accurately state that Henry was guilty of violating § 45-5-503, MCA.

There being no other issue for consideration,

IT IS FURTHER ORDERED that the appeal is DISMISSED with prejudice.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Powell County, and to the Honorable Kurt Krueger, presiding District Judge.

Dated this ___5___ day of October, 2021.

Justices